**Opinion filed November 30, 2016**



# In The

# Eleventh Court of Appeals

_____

## No. 11-16-00179-CR
_____

## BRIAN KEITH WALL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court**
**Ector County, Texas**
**Trial Court Cause No. 15-4640**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to withdraw his notice of appeal. In the motion, Appellant states that he "no longer wish[es] to pursue the matter before this court and respectfully request[s] withdrawal of the Appeal." The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


November 30, 2016                                          PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.